UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

Latwoine Parker,

               Petitioner,

-against-

Joseph H. Noeth,

               Respondent.

1:18-cv-10400 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In opposition to the Petition, Respondent filed an Appendix. (*See* ECF No. 19-1.) On October 2, 2019, Respondent provided the Court with the state court proceeding transcripts. (*See* ECF Nos. 21 & 22.) However, Respondent cites to Justice Juan M. Merchan's July 2, 2014 Decision that has not been filed on the docket. (*See* Resp. Mem., ECF No. 19, at 5, 11-12, 36.)

It is hereby Ordered that, no later than December 13, 2019, Respondent shall file the July 2, 2014 Decision.

The Clerk of the Court shall mail this Order to the pro se Petitioner.

**SO ORDERED.**

DATED:    New York, New York
              December 3, 2019

_____
STEWART D. AARON
United States Magistrate Judge